IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
SLEEVER INTERNATIONAL COMPANY
SOCIETE ANONYME,

    Plaintiff,

v.

TRIPACK SLEEVER, LLC

    Defendant.
---------------------------------------------------------------- X

Case No. 07 CIV. 4029
ECF Case

TRIAL BY JURY DEMANDED

JUDGE LYNCH

RECEIVED MAY 23 2007 USDC-WP-SDNY

### FEDERAL RULE 7.1 STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (a private non-governmental) party, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Dated: Scarsdale, New York
      May 23, 2007

Respectfully submitted,

**LACKENBACH SIEGEL LLP**

By: _[signature]_
Robert B. Golden (RG 6157)
Cathy E. Shore-Sirotin (CS 0682)
One Chase Road
Scarsdale, New York 10583
(914) 723-4300
(914) 723-4301 (fax)
*Attorneys for Plaintiff*