Sleever International Company Societe Anonyme, et. al., Plaintiff(s)
vs.
Tripack Sleever, LLC, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 083410-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Tripack Sleever, LLC
Court Case No. 07-cv-4029-GEL

LACKENBACH, SIEGEL, MARZULLO, ET AL
Ms. Nicole Saraco
One Chase Road
Scarsdale, NY 10583

State of: **Ohio** ) ss.
County of: **Hamilton** )

Name of Server: **Dalinea VerKamp**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **29** day of **May**, 20 **07**, at **11:55** o'clock **A** M

Place of Service: at **1308 US Route 50, Suite 200**, in **Milford, OH 45150**

Documents Served: the undersigned served the documents described as:
Summons in a Civil Case; Complaint; Federal Rule 7.1 Statement;
Civil Cover Sheet; Individual Practices of United State District Judge Gerard Lynch;
Individual Practices of Magistrate Judge Gabriel W. Gorenstein;
USDC/SDNY Instructions; Procedures and Guidelines for Filing an Electronic Case or Appeal

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Tripack Sleever, LLC

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Mark Tredo - Controller**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **brown**; Facial Hair **None**
Approx. Age **20s**; Approx. Height **5'10**; Approx. Weight **170**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **29** day of **May**, 20 **07**

Signature of Server

Notary Public    (Commission Expires)

APS International, Ltd.

MARK W. LAWSON
Notary Public, State of Ohio
My Commission Expires
September 27, 2011

# United States District Court

_____Southern_____ DISTRICT OF _____New York_____

Sleever International Company Societe Anonyme

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Tripack Sleever, LLC

07 CIV. 4029

JUDGE LYNCH

TO: (Name and address of defendant)

Tripack Sleever, LLC
1308 US Route 50, Suite 200
Milford, Ohio 45150

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cathy E. Shore-Sirotin
Lackenbach Siegel LLP
Lackenbach Siegel Building
One Chase Road
Scarsdale, New York 10583

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

MAY 23 2007

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE 5-29-07 |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) Dalenea Verkamp | TITLE |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: Tripack Sleever
       1308 State Rt 50 Milford

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[✓] Other (specify): Served Mark Tredo as Controller

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5-29-07
              Date

Signature of Server: D. Verkamp

ProVest LLC
644 Linn Street, Suite 700
Cincinnati, OH 45203
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.