UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SLEEVER INTERNATIONAL COMPANY SOCIETE ANONYME,. <br><br> Plaintiff, <br><br> v. <br><br> TRIPACK SLEEVER, LLC, <br><br> Defendant. | Case No. 07-CV-4029-GEL <br><br> ECF Case |

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between respective counsel for plaintiff Sleever International Company Societe Anonyme, and defendant Tripack Sleever, LLC, that the time for defendant to answer or otherwise respond to plaintiff's Complaint in this action, originally scheduled for June 18, 2007, is extended until July 18, 2007. This is the first request for an extension for defendant to respond to the Complaint, and plaintiff consents thereto.

Dated: June 14, 2007

| | |
|---|---|
| LACKENBACH SIEGEL, LLP <br><br> By: s/Cathy E. Shore-Sirotin <br> Robert B. Golden (RG 6157) <br> Cathy E. Shore-Sirotin (CS 0682) <br> One Chase Road <br> Scarsdale, New York 10583 <br> (914) 723-4300 <br> Attorneys for Plaintiff, <br> Sleever International Company <br> Societe Anonyme | LIPSITZ GREEN SCIME CAMBRIA, LLP <br><br> By: s/William M. Feigenbaum <br> Jeffrey F. Reina (JR 0820) <br> William M. Feigenbaum (WF 6996) <br> 42 Delaware Avenue, Suite 120 <br> Buffalo, NY 14202-3924 <br> (716) 849-1333 <br> Attorneys for Defendant, <br> Tripack Sleever, LLC |

SO ORDERED this ___ day of June, 2007

_____
Gerard E. Lynch
United States District Judge