UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SLEEVER INTERNATIONAL COMPANY SOCIETE ANONYME,. <br>               Plaintiff, <br><br> v. <br><br> TRIPACK SLEEVER, LLC, <br>               Defendant. | Case No. 07-CV-4029-GEL <br><br> ECF Case |

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between respective counsel for plaintiff Sleever International Company Societe Anonyme, and defendant Tripack Sleever, LLC, that the time for defendant to answer or otherwise respond to plaintiff's Complaint in this action, previously scheduled for July18, 2007, is extended to and including August 17, 2007. The parties hereto have agreed on the terms of a settlement, and are in the process of drafting the final documents to fully resolve this action. Plaintiff consents to this extension.

Dated: July 11, 2007                                           Dated: July 11, 2007

LACKENBACH SIEGEL, LLP                          LIPSITZ GREEN SCIME CAMBRIA, LLP

By: s/Cathy E. Shore-Sirotin                              By: s/William M. Feigenbaum
    Robert B. Golden (RG 6157)                            Jeffrey F. Reina (JR 0820)
    Cathy E. Shore-Sirotin (CS 0682)                     William M. Feigenbaum (WF 6996)
    One Chase Road                                                42 Delaware Avenue, Suite 120
    Scarsdale, New York 10583                              Buffalo, NY  14202-3924
    (914) 723-4300                                                     (716) 849-1333
    Attorneys for Plaintiff,                                         Attorneys for Defendant,
    Sleever International Company                           Tripack Sleever, LLC
    Societe Anonyme

SO ORDERED this ___ day of _____,2007

                                                                                        GERARD E. LYNCH
                                                                                       United States District Judge