IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07

----------------------------------------X
SLEEVER INTERNATIONAL COMPANY       :
SOCIETE ANONYME                     :
                                    :
            Plaintiff,              :   Civil Action No. 07 CIV. 4029 (GEL)
                                    :
      v.                            :
                                    :
TRIPACK SLEEVER, LLC                :
                                    :
            Defendant.              :
----------------------------------------X

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff SLEEVER INTERNATIONAL COMPANY SOCIETE ANONYME ("SLEEVER" or "Plaintiff") and TRIPACK SLEEVER, LLC ("TRIPACK" or "Defendant") have settled the matters at issue between them, as detailed in an executed Agreement ("Settlement Agreement").

In accordance with the terms of the Settlement Agreement, and pursuant to Fed. R. Civ. P. 41(a)(1)(i), Defendant TRIPACK not having filed an Answer to the Complaint, the Plaintiff SLEEVER requests dismissal of the Complaint **without prejudice**, with each party to bear its own costs and attorney fees.

Dated: December 5, 2007
_____
Robert B. Golden (RG 6157)
Cathy E. Shore-Sirotin (CS 0682)
Attorneys for Plaintiff
LACKENBACH SIEGEL LLP
One Chase Road
Scarsdale, New York 10583
Tel: (914) 723-4300
Fax: (914) 723-4301

SO ORDERED:

_____
Honorable Gerard E. Lynch
United States District Judge

12/5/07